UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KYLE J. BRISTOW,

    Plaintiff or Petitioner,

v.

Case No. 24-cv-12833
Hon. Matthew F. Leitman

WOOSENDER, INC.,

    Defendant or Respondent.
_____/

## ORDER RESOLVING DEFENDANT'S MOTION TO COMPEL (ECF No. 22)

On May 2, 2025, the Court held an on-the-record status conference during which it discussed Defendant Woosender, Inc.'s motion to compel the deposition of Plaintiff Kyle J. Bristow. (*See* Mot., ECF No. 22.)  For the reasons stated on the record during the status conference, **IT IS HEREBY ORDERED** that Defendant shall be entitled to take the deposition of Plaintiff.  The deposition shall be taken in-person at the office of Plaintiff and at a date and time that is mutually convenient to both parties.  The deposition shall last no longer than three and one-half hours.

    **IT IS SO ORDERED.**

                                    s/Matthew F. Leitman
                                    MATTHEW F. LEITMAN
                                    UNITED STATES DISTRICT JUDGE

Dated:  May 6, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 6, 2025, by electronic means and/or ordinary mail.

                                        s/Holly A. Ryan
                                        Case Manager
                                        (313) 234-5126