UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KYLE J. BRISTOW,

     Plaintiff,

                                   Case No. 24-cv-12833

v.                               Hon. Matthew F. Leitman

WOOSENDER, INC.,

     Defendant.

_____/

## ORDER REQUIRING AVAILABILITY
## OF PARTIES DURING MOTION HEARING

On December 9, 2025, the Court is holding a hearing on several pending motions in this action. During that hearing, the Court intends to discuss the issue of settlement with the parties. In order for those settlement discussions to be constructive, it is necessary that both Plaintiff Kyle J. Bristow and Stephen Garbesi, CEO of Defendant WooSender, Inc., be available to participate in those discussions. Accordingly, **IT IS HEREBY ORDERED** that both Bristow and Garbesi be personally available by telephone from 10:30 a.m. – 12:30 p.m. on December 9, 2025.

     **IT IS SO ORDERED.**

                               s/Matthew F. Leitman
                               MATTHEW F. LEITMAN
                               UNITED STATES DISTRICT JUDGE

Dated: December 1, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 1, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126