UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KYLE J. BRISTOW,

    Plaintiff,

v.

                              Case No. 24-cv-12833
                              Hon. Matthew F. Leitman

WOOSENDER, INC.,

    Defendant.
_____/

## AMENDED ORDER REQUIRING
## AVAILABILITY OF PARTIES DURING MOTION HEARING[1]

On December 8, 2025, the Court is holding a hearing on several pending motions in this action. During that hearing, the Court intends to discuss the issue of settlement with the parties. In order for those settlement discussions to be constructive, it is necessary that both Plaintiff Kyle J. Bristow and Stephen Garbesi, CEO of Defendant WooSender, Inc., be available to participate in those discussions. Accordingly, **IT IS HEREBY ORDERED** that both Bristow and Garbesi be personally available by telephone from 10:30 a.m. – 12:30 p.m. on December 8, 2025.

    **IT IS SO ORDERED.**

                                                s/Matthew F. Leitman
                                                MATTHEW F. LEITMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: December 1, 2025

---

[1] This Amended Order corrects a typographical error in the motion hearing date included in the Court's initial order. The correct hearing date is December 8, 2025.

   I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 1, 2025, by electronic means and/or ordinary mail.

               s/Holly A. Ryan
               Case Manager
               (313) 234-5126