UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KYLE J. BRISTOW,

    Plaintiff,

v.

                                    Case No. 24-cv-12833
                                    Hon. Matthew F. Leitman

WOOSENDER, INC.,

    Defendant.

_____/

## ORDER (1) REMANDING STATE-LAW CLAIMS; (2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF No. 19); (3) DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 32); (4) DENYING PLAINTIFFS' MOTIONS FOR SANCTIONS (ECF Nos. 20, 38), and (5) TERMINATING CURRENT SCHEDULING DEADLINES

On December 8, 2025, the Court held a hearing on the pending motions in this case. For the reasons stated on the record, **IT IS HEREBY ORDERED AS FOLLOWS**:

(1) Pursuant to 28 U.S.C. §§ 1367(c)(1) & (4), the Court declines to exercise supplemental jurisdiction over the Plaintiff's state law claims. Plaintiff's claims for violations of Michigan's Home Solicitation Sales Act, Michigan's Telephone Companies as Common Carriers Act, and Michigan's Consumer Protection Act (Counts III, IV, and V of the Second Amended Complaint, ECF No. 16) are therefore **SEVERED AND REMANDED** to the 31st

1

Judicial Circuit Court for St. Clair County, Civil Division, the state court in which this case was originally filed.

(2) Plaintiff's Motion for Summary Judgment (ECF No. 19) is **DENIED**. The denial is without prejudice with respect to the portion of the motion that sought summary judgment on Plaintiff's claim under 47 U.S.C. § 227(b). Plaintiff shall have 60 days to file a renewed motion for summary judgment solely on this claim.

(3) Defendant's Motion for Summary Judgment (ECF No. 32) is **DENIED**.

(4) Plaintiff's first Motion for Sanctions (ECF No. 20) is **DENIED**.

(5) Plaintiff's second Motion for Sanctions (ECF No. 38) is **DENIED**.

All remaining deadlines in the Case Management Order are canceled and will be re-set following a ruling on Plaintiff's renewed motion for summary judgment.

**IT IS SO ORDERED.**

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated:  December 9, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 9, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126